FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIANA LYNN I.,[1]<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:21-CV-03146-SAB<br><br>**ORDER DISMISSING ACTION** |

    Before the Court is Plaintiff's Motion to Dismiss, ECF No. 7. Plaintiff indicates this case was filed as a duplicate in the event that cause no. 1:21-CV-03121-SAB was dismissed, but now reports that it is not longer necessary for this case to proceed.

//
//
//
//
//

---

[1] Pursuant to the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States, Plaintiff's name is partially redacted.

**ORDER DISMISSING ACTION ~ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Dismiss, ECF No. 7, is **GRANTED**.
2. The above-captioned case is **DISMISSED**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close the file**.

**DATED** this 8th day of December 2021.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION ~ 2**